THE FARMERS' NATIONAL BANK OF FORT EDWARD, Respondent, v. WARREN LELAND et al., Appellants.

(Argued November 13, 1872; decided November 19, 1872.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, affirming an order of Special Term striking out defendant's answer as sham. The action was upon a promissory note, alleged to have been transferred to plaintiff, for value, before maturity. Defendants denied the transfer upon information and belief, and alleged if transferred it was after maturity, and set up as recoupment damages for breach of contract upon which note was given. The motion to strike out answer was made upon affidavits, showing the transfer of the note before maturity, for a valuable consideration, without notice. The order appealed from was reversed upon authority of *Wayland* v. *Tyson* (45 N. Y., 281), and *Thompson* v. *Erie R. R. Co.* (id., 468).

*Pond & French* for the appellants.

*L. H. Northrup* for the respondent.

Order reversed; no opinion.